

curity.google.com/settings/security/activity

Western Governors ... Pandora Christof Paar - YouT... Outlook PDF Converter LinkedIn Know the Trade – Yo... USAA Home Udemy C++ Tutorial Learn program

## ← Recently used devices

Devices that have been active on your account in the last 28 days, or are currently signed in. Learn more

**Notice anything suspicious?** Secure your account

| | |
|---|---|
| **Windows** | Virginia, USA CURRENT DEVICE |
| **iPhone** | United States - 28 minutes ago NEW |
| **Samsung Galaxy Note 4** | United States - 1 hour ago |
| **Windows** | Virginia, USA - 2 hours ago NEW |
| **Mac** | Winchester, VA, USA - 12 hours ago |

Help

Exhibit #1

10/14/2015                                  Security - Devices

Patrick

Devices that have been active on your account in the last 28 days, or are currently signed in.  Learn more

Notice anything suspicious? Secure your account

---

**Windows**
Current device

| | |
|---|---|
| Name | IRONHIDE |
| Browser | Chrome 45.0<br>Alexandria, VA, USA - Just now |
| Last locations used | Alexandria, VA, USA - 1 minute ago |
| | Virginia, USA - 6 hours ago |
| | Purcellville, VA, USA - October 12, 7:06 PM |
| | Lorton, VA, USA - September 20, 11:49 AM |

---



**Samsung Galaxy Note 4**
Last synced: Today at 7:13 PM (3 minutes ago)
Find your Android devices with Android Device Manager

| | |
|---|---|
| Account access | REMOVE |
| Device model | SAMSUNG-SM-N910A |
| Last location used | United States - 3 minutes ago |

---

**iPhone**
Last synced: Yesterday at 3:18 PM

You've changed your password since this device was added and there was no Google activity on
← Recently used devices          ntinue to show this device in the list for two weeks.
                                 ication & alerts page.

| | |
|---|---|
| Browser | Safari 8.0<br>United States - Yesterday, 3:18 PM |
| Last location used | United States - Yesterday, 3:18 PM |

**Exhibit #2**

| | |
|---|---|
| Notifications & alerts | New device signed in<br>Washington, DC, USA · Yesterday, 1:49 AM |



Approximate location (may include nearby towns)

| | |
|---|---|
| Time: | Yesterday, 1:49 AM |
| Location: | Washington, DC, USA |
| IP address: | 166.170.31.201 |

### Windows
Last synced: Yesterday at 1:35 PM

This is a new device. If you don't recognize it, someone may have your password. We recommend you secure your account now.

| | |
|---|---|
| Browser | Chrome 45.0<br>Virginia, USA - Yesterday, 1:35 PM |
| Last location used | Virginia, USA - Yesterday, 1:35 PM |
| Notifications & alerts | New device signed in<br>Winchester, VA, USA · Yesterday, 1:10 PM |



Approximate location (may include nearby towns)

| | |
|---|---|
| Time: | Yesterday, 1:10 PM |
| Location: | Winchester, VA, USA |
| Browser: | Chrome 45.0 |
| IP address: | 166.164.0.189 |

### Mac
Last synced: Yesterday at 3:28 AM

| | |
|---|---|
| Browser | Safari 9.0<br>Winchester, VA, USA · Yesterday, 3:28 AM |
| Last location used | Winchester, VA, USA - Yesterday, 3:28 AM |

Google    Terms & Privacy    Help



curity.google.com/settings/security/notifications

Western Governors ... Pandora Christof Paar - YouT... Other bookmarks

**ws signed in**

PM (2 hours ago)

**Windows**

2 hours ago

Winchester, VA, USA

Chrome 45.0

166.164.0.189

Approximate location (may include nearby towns)

word 13 hours ago

**: signed in**

AM (14 hours ago)

**iPhone**

14 hours ago

Washington, DC, USA

166.170.31.201

Approximate location (may include

whats my ip - Google Se...

https://www.google.com/search?q=whats+my+ip&oq=what

Apps Affordable Dwelling... Western Governors ... Pandora Christof Paar - YouT...

Google whats my ip

Web Apps Shopping News Videos More

About 40,000,000 results (0.25 seconds)

## 108.44.176.206

Your public IP address

Learn more about IP addresses

**WhatsMyIP.org**

www.**whatsmyip**.org/

**IP** lookup and many other networking tools: port scanners, tracerout headers. Also text related tools like HTML characters.

More Info About You - IP Location - Port Scanners - WHOIS & DNS

**What's My IP**

**whatsmyip**.net/

The current IP address space (IPv4) consists of 4,294,967,298 addr 2002 - 2015 **WhatsMyIp**.net is provided by wsrs.net | powered by c

**What Is My IP Address? IP Address Tools and M**

whatis**myip**address.com/

**IP** address lookup, location, proxy detection, email tracing, **IP** hiding speed test, and forums. Find, get, and show **my IP** address

**Whats My IP Address | Private Internet Access V**

Exhibit #3

## INCIDENT REPORT
## PUBLIC COPY

**Agency Name:** Frederick County Sheriff's Office
**ORI:** VA0340000
**Case#:** 15-006730
**Date / Time Reported:** 10/28/2015 00:00 Wed
**Last Known Secure:** 10/28/2015 00:00 Wed
**At Found:** 10/28/2015 00:00 Wed

**Location of Incident:** 128 Pittman Ct, Stephens City VA 22655-
**Premise Type:** Residence/home
**Zone/Tract:** S2, 708

### INCIDENT DATA

**#1 Crime Incident(s):** Computer Trespass 1465 (Com)
- Weapon / Tools:
- Entry:
- Exit:
- Security:
- Activity:

**#2 Crime Incident:** ( )
- Weapon / Tools:
- Entry:
- Exit:
- Security:
- Activity:

**#3 Crime Incident:** ( )
- Weapon / Tools:
- Entry:
- Exit:
- Security:
- Activity:

**MO:**

### VICTIM

**# of Victims:** 1
**Type:** INDIVIDUAL (NOT A LE OFFICER)
**Injury:**

**V1 Victim/Business Name (Last, First, Middle):** HATLEY, PATRICK
**Victim of Crime #:** 1
**DOB Age:** 29
**Race:** W
**Sex:** M
**Relationship To Offender:** ISE
**Resident Status:** Resident
**Military Branch/Status:**

**Home Address:** 128 PITTMAN CT, Stephens City, VA 22655-
**Home Phone:**
**Employer Name/Address:**
**Business Phone:**
**Mobile Phone:**

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

**CODES:** V- Victim (Denote V2, V3)  O = Owner (if other than victim)  R = Reporting Person (if other than victim)

### OTHERS INVOLVED

**Type:** INDIVIDUAL (NOT A LE OFFICER)  **Injury:**

**Code:** IO
**Name (Last, First, Middle):** WATTS, DAVID J
**Victim of Crime #:**
**DOB Age:** 42
**Race:** W
**Sex:** M
**Relationship To Offender:**
**Resident Status:** Resident
**Military Branch/Status:**

**Home Address:** 281 Saint Andrews Ct City Of Winchester, VA 22602
**Home Phone:** 602-717-2782
**Employer Name/Address:**
**Business Phone:**
**Mobile Phone:**

**Type:**  **Injury:**

**Code:**
**Name (Last, First, Middle):**
**Victim of Crime #:**
**DOB Age:**
**Race:**
**Sex:**
**Relationship To Offender:**
**Resident Status:**
**Military Branch/Status:**

**Home Address:**
**Home Phone:**
**Employer Name/Address:**
**Business Phone:**
**Mobile Phone:**

### PROPERTY

1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI# | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| 1 | 0024 | 4 | $1.00 | | 1 | COMPUTER | | |

**Officer/ID#:** COVERT, K. A. (INV, INV) (F284)
**Invest ID#:** COVERT, K. A. (INV, INV) (F284)
**Supervisor:** COVERT, K. A. (INV, INV) (F284)
**Status Complainant Signature:**
**Case Status:** Exceptional Closed Other  12/30/2015
**Case Disposition:**
Page 1

Exhibit #4



MyIDCare - CyberScan | Locate IP Address Lookup | Settings - pwh271@emai | Security - Devices

curity.google.com/settings/security/activity

Western Governors ... | Pandora | Christof Paar - YouT... | Outlook | PDF Converter | LinkedIn | Know the Trade – Yo... | USAA Home | Udemy | C++ Tutorial | Learn program

## Recently used devices

Devices that have been active on your account in the last 28 days, or are currently signed in. Learn more

Notice anything suspicious? Secure your account

**Windows** — Purcellville, VA, USA CURRENT DEVICE

**Samsung Galaxy Note 4** — United States · 1 minute ago

**Windows**
Last synced: November 3, 2015 at 12:53 AM

Browser: Internet Explorer 9.0 — Annandale, VA, USA · November 3, 12:53 AM

Last locations used:
Annandale, VA, USA · November 3, 12:53 AM
Winchester, VA, USA · November 2, 10:55 PM

Exhibit #5

10/14/2015                                                       Activity information

### Activity on this account

This feature provides information about the last activity on this mail account and any concurrent activity. Learn more

This account does not seem to be open in any other location. However, there may be sessions that have not been signed out.

[ Sign out all other web sessions ]

**Recent activity:**

| Access Type [?]<br>(Browser, mobile, POP3, etc.) | Location (IP address) [?] | Date/Time<br>(Displayed in your time zone) |
|---|---|---|
| Browser (Chrome) Hide details<br>"Mozilla/5.0 (Windows NT 10.0; WOW64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/45.0.2454.101 Safari/537.36,gzip(gfe),gzip(gfe)" | * United States (VA)<br>(108.44.176.206) | 11:30 am<br>(0 minutes ago) |
| Mobile | United States (DC)<br>(166.170.29.225) | 10:04 am<br>(1 hour ago) |
| Mobile | United States (DC)<br>(166.170.31.201) | 4:34 am<br>(6 hours ago) |
| Mobile | United States (DC)<br>(166.170.31.201) | 3:19 am<br>(8 hours ago) |
| Browser (Safari) Hide details<br>"Mozilla/5.0 (Macintosh; Intel Mac OS X 10_10_5) AppleWebKit/601.1.56 (KHTML, like Gecko) Version/9.0 Safari/601.1.56,gzip(gfe),gzip(gfe)" | United States (VA)<br>(67.163.120.130) | 3:12 am<br>(8 hours ago) |
| Mobile | United States (DC)<br>(166.170.31.201) | 1:54 am<br>(9 hours ago) |
| Mobile | United States (DC)<br>(166.170.31.201) | 1:49 am<br>(9 hours ago) |
| Mobile | United States (DC)<br>(166.170.29.225) | Oct 12 (12 hours ago) |
| Authorized Application (862726500644-mba83qqf9kq69c5mk9u5h2dn4iocdspq.apps.googleusercontent.com) Hide details<br>"guid: 3435333230424436323731343233333339454333413041423832413737393941433236443934 4232"<br>"os: Windows Mobile"<br>"os-version: 10.0"<br>"vendor: Microsoft"<br>OAuth Domain Name:<br>862726500644-mba83qqf9kq69c5mk9u5h2dn4iocdspq.apps.googleusercontent.com<br>Manage Account Access | United States (VA)<br>(96.247.212.64) | Oct 12 (16 hours ago) |
| Mobile | United States (VA)<br>(96.247.212.64) | Oct 12 (23 hours ago) |

**Alert preference:** Show an alert for unusual activity. change

* indicates activity from the current session.

This computer is using IP address 108.44.176.206. (United States (VA))

Exhibit #6



Inbox | Sent Ma | Locate I

sniper.net/index.php?ip_address=67.163.120.130&map_source=1&overview_map=1&lang=1&map_type=1&zoom_level=7

Western Governors ... | Pandora | Christof Paar - YouT... | Outlook | PDF Converter | LinkedIn | Know the Trade – Yo... | USAA Home | Udemy | C++ Tutorial | Learn program

HOME | SUBSCRIBE / PURCHASE CREDITS | WORLD MAP | URL PARAMETER | GADGETS | LIVEVISITS | SCRIPTS

Check 67.163.120.130 Google Maps™ Windows Live Maps™ Yahoo Maps™ Two Maps Overview Map

| IP Address | City | Country Flag | DMA Code |
|---|---|---|---|
| 67.163.120.130 | Winchester | | 511 |
| **Provider** | **State (Code)** | **Latitude** | **Area Code** |
| Comcast Cable | Virginia (VA) | 39.1679 | 540 |
| **Hostname** | **Country** | **Longitude** | **Postal Code** |
| c-67-163-120-130.hsd1.va.comcast.net | United States | -78.1672 | 22601 |
| **Timezone** | **Continent** | **TLD** | **GMT Offset** |
| America/New_York | America | US | -4 |

© Copyright 2008-2015 infoSNIPER.net Rate this site Link to us Contact Us Loading time 0.07s (ip-50-63-136-217)

Partner Sites: Internet Anti Fraud Center · Anti Scammer Site · Email Header Analysis · Track Scammers Live · SEO Services by Connectica · Last updated: 10/06/15

Exhibit #7

VIRGINIA: IN THE CIRCUIT COURT OF FREDERICK COUNTY

AUDREY CELESTE WATTS

    Plaintiff

v.                                    Docket No: CL-15-255

DAVID JOHN WATTS

    Defendant

## NOTICE TO TAKE DEPOSITION

PLEASE TAKE NOTICE that on Tuesday, March 22, 2016, at 11:00 a.m. or soon thereafter, at the Law Offices of Buchbauer & McGuire, P.C., at 110 North Braddock Street, Winchester, Virginia 22601, Counsel for the Plaintiff, will take the deposition of Nicole M. Torrenzano, for the purpose of discovery or for use as evidence, or both, before an officer authorized to administer oaths. If for any reason, the taking of said Deposition be not commenced or be not concluded on that date, the taking thereof shall be continued to a later date and time, which shall be determined, and the Depositions shall be taken until the same are completed.

                                            AUDREY CELESTE WATTS

                By: _____
                                   /COUNSEL

James J. McGuire, Esquire [VSB#36239]
Peter W. Buchbauer, Esquire
Lawrence P. Vance, Esquire
Christopher E. Collins, Esquire
BUCHBAUER & McGUIRE, P.C.
110 North Braddock Street
Winchester, Virginia 22601
540-722-2300 Telephone
540-722-3174 Facsimile

Exhibit #8

## **CERTIFICATE**

    I hereby certify that on this 3rd day of March, 2016, I emailed and mailed, postage-prepaid a true and exact copy of the foregoing Notice to Take Depositions to:

> Kelly C. Ashby, Esquire
> 24 S. Kent Street
> Winchester, VA 22601
> Counsel for Defendant



James J. McGuire, Esquire

16 MAR 24 PM 3:13

Exhibit #8