## MOTION HEARING

Date: March 17, 2017                     Judge: Gerald Bruce Lee
                                          Reporter: Renecia Wilson
Start: 12:35
Finish: 12:47 + 12:48 - 12:53

Civil Action Number: 1:16cv1143

## Patrick Hately v. Nicole Torrenzano

Counsel for :

(✓) Pltfs
_____

(✓) Defts
_____

Motion to/for:

Final pretrial conference — Held.
_____

Argued &
(  ) Granted  (  ) Denied  (  ) Granted in part/Denied in part
(  ) Taken Under Advisement  (  ) Continued to
_____

(  ) Report and Recommendation to Follow
(  ) Order to Follow

2 days needed for trial, agreed. June 5th + 6th, 2017.
△ will be filing a SJ motion.
Hrg. May 12. Replies by May 5th.

Heard: Dispute over due date for Pltff's wit. lists + exh. lists. Decided: All due the 24th.