IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

PATRICK HATELY,  )
        Plaintiff,  ) 16-cv-1143
  VS.  ) June 7, 2017
NICOLE TORRENZANO,  )
        Defendant.  )

TRIAL

BEFORE:    THE HONORABLE GERALD BRUCE LEE
            UNITED STATES DISTRICT JUDGE

APPEARANCES:

  FOR THE PLAINTIFF: LEXERO LAW
                  BY: ERIC MENHART, ESQ.
                  ROBINSON LAW SERVICES
                  BY: WILLIAM P. ROBINSON, III

  FOR THE DEFENDANT: GREENBERG COSTLE PC
                  BY: CARY S. GREENBERG, ESQ.
                      TIMOTHY R. BRADLEY, ESQ.

---

OFFICIAL COURT REPORTER: RENECIA A. SMITH-WILSON, RMR, CRR
                       U.S. District Court
                       401 Courthouse Square, 5th Floor
                       Alexandria, VA  22314
                       (703)501-1580

```
 1              (Thereupon, the following was heard in open
 2   court at 12:50 p.m.)
 3              THE COURT:  You can bring the jury out, Mr.
 4   Hendrick.
 5              MR. HENDRICK:  Yes, sir.
 6              THE COURT:  You may be seated.
 7              THE CLERK:  Ma'am foreperson, has the jury
 8   reached its verdict?
 9              THE FOREPERSON:  Yes.
10              THE CLERK:  Would you hand it to the court
11   security officer.
12              THE COURT:  All right.  Here you are.
13              Parties, please stand.
14              THE CLERK:  In the matter of civil action
15   16-1143, Patrick Hately versus Nicole Torrenzano,
16   question one.  Do you find by a preponderance of the
17   evidence that defendant, Nicole Torrenzano, violated the
18   Stored Communications Act 18 USC 2701?  No.
19              THE COURT:  That's it.  Is it signed by the
20   foreperson?
21              THE CLERK:  No, she did not sign it.
22              THE COURT:  Let the foreperson sign and date
23   it, please.
24              Is there any objection to the form of the
25   verdict?
```

1                  MR. MENHART:  No.
2                  MR. GREENBERG:  No, Your Honor.
3                  THE COURT:  Is there a request to poll the
4     jury?
5                  MR. MENHART:  No, Your Honor.
6                  THE COURT:  All right.
7                  All right, ladies and gentlemen, the Court
8     and the parties thank you for the time and the effort
9     you've devoted to the case.
10                 Give me just a moment, and I'll come back
11    and give you a jury certificate, and you're excused for
12    the day.  Thank you very much.
13                 We're in recess.
14                 (Proceedings concluded at 12:53 p.m.)
15
16
17
18
19
20
21
22
23
24
25

CERTIFICATE OF REPORTER

        I, Renecia Wilson, an official court reporter for the United State District Court of Virginia, Alexandria Division, do hereby certify that I reported by machine shorthand, in my official capacity, the proceedings had upon the trial in the case of Patrick Hately vs. Nicole Torrenzano.

        I further certify that I was authorized and did report by stenotype the proceedings and evidence in said trial, and that the foregoing pages, numbered 1 to 3, inclusive, constitute the official transcript of said proceedings as taken from my shorthand notes.

        IN WITNESS WHEREOF, I have hereto subscribed my name this __24th__ day of __July__, 2017.

                              /s/
                    Renecia Wilson, RMR, CRR
                    Official Court Reporter